Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Defendant Sallie Mae, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| ALYSE M. CATON, an individual ) | Case No.  14-CV-00089 LJO JLT |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| ) | FOR DEFENDANT TO RESPOND TO |
| vs. ) | COMPLAINT AND ORDER |
| ) | THEREON |
| SALLIE MAE, INC.; and DOES ) | |
| 1 to 10 inclusive, ) | (Doc. 5) |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Alyse M. Caton, and Defendant, Sallie Mae, Inc., by and through undersigned counsel, hereby agree and request the Court's approval of an extension of time until March 14, 2014 for Defendant to respond to Plaintiff's Complaint.  This Joint Motion is made with respect to the following:

1.  Plaintiff's Complaint was filed on January 21, 2014.

Stipulation To Extend Time For Defendant To Respond To Complaint And [Proposed] Order Thereon

2. Defendant was served with the Complaint on January 23, 2014 making the response due on February 13, 2014.

3. No previous extension of time has been sought by Defendant.

4. The additional time for Defendant to respond is needed to allow defense counsel to investigate the claims and allow the parties to explore early resolution of the matter.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and through undersigned counsel, that Defendant shall have until March 14, 2014, to respond to the Complaint.

Dated: 2/11/14            PRICE LAW GROUP, APC

　　　　　　　　　　　　  /s/G. Thomas Martin, III
　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　Alyse M. Caton

Dated: 2/11/14            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

　　　　　　　　　　　　  /s/Debbie P. Kirkpatrick
　　　　　　　　　　　　　Debbie P. Kirkpatrick
　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　Sallie Mae, Inc.

IT IS SO ORDERED.

   Dated:   **February 12, 2014**            **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation To Extend Time For Defendant To Respond To Complaint And [Proposed] Order Thereon