Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| ALYSE M. CATON, an individual )<br>)<br>         Plaintiff,                             )<br>                                                    )  **NOTICE OF SETTLEMENT**<br>    vs.                                          )<br>                                                    )<br>SALLIE MAE, INC.; and DOES     )<br>1 to 10 inclusive,                          )<br>                                                    )<br>         Defendants.                       )<br>_____) | Case No.  14-CV-00089 LJO JLT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff Alyse M. Caton and Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 45 days.

/ / /

Notice of Settlement

1

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 15, 2014 for filing dispositional documents.

Dated: 5/5/14         PRICE LAW GROUP, APC

*/s/G. Thomas Martin, III*
G. Thomas Martin, III
Attorney for Plaintiff
Alyse M. Caton

Dated: 5/5/14         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
Navient Solutions, Inc. f/k/a
Sallie Mae, Inc.