# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSE M. CATON, <br><br> Plaintiff, <br><br> v. <br><br> SALLIE MAE, INC, et al., <br><br> Defendants. | Case No.: 1:14-cv-00089 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 10) |

On May 5, 2014, the parties notified the Court they had reached a settlement of the matter. (Doc. 10) The parties report they will file a stipulation for the dismissal of the action within 45 days. Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **June 20, 2014**;
2. All pending dates, motions, conferences and hearings are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **May 6, 2014**               /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1