**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALYSE M. CATON,<br><br>             Plaintiff,<br><br>       vs.<br><br>SALLIE MAE, INC.; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.: 1:14-cv-00089-LJO-JLT<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

**ORDER**

Pursuant to the Stipulation of all Parties, Doc. 14, and Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS SO ORDERED that all claims of Plaintiff ALYSE M. CATON against Defendant NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC. are dismissed, with prejudice. Plaintiff ALYSE M. CATON and Defendant NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC. shall each bear their own costs and attorneys' fees. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **June 12, 2014**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE